## WILLIE A. JONES v. STATE.

No. A-8054. Sept. 12, 1931.
(3 Pac. [2d] 236.)

M. F. Hudson, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

DAVENPORT, P. J. The plaintiff in error, hereinafter referred to as the defendant, was convicted of having possession of two gallons of whisky, and sentenced to imprisonment in the county jail for a term of 30 days, and to pay a fine of $100, and appeals.

The testimony is sufficient to sustain the judgment. There are no fundamental errors in the record possessing sufficient merit to warrant a reversal. The judgment is affirmed.

EDWARDS and CHAPPELL, JJ., concur.